```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF ALABAMA
                              NORTHERN DIVISION
```

ELLA W. FIELDS,                         :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :
                                        :         CIVIL ACTION 14-0291-M
CAROLYN W. COLVIN,                      :
Social Security Commissioner,           :
                                        :
    Defendant.                          :

<u>JUDGMENT</u>

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Ella W. fields.

DONE this 21st day of January, 2015.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE